UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61579-CIV-SEITZ/McALILEY

SYBIL DINTER and MARVIN DINTER,

    Plaintiffs,

v.

MICHAEL GEORGE MYKITKA and
ENTERPRISE LEASING COMPANY,

    Defendants.
_____/

## ORDER CONTINUING STAY

THIS CAUSE is before the Court on Plaintiff's Response to Defendant Enterprise Leasing Company's Notice of Filing Case Law in Support Unopposed Motion to Stay [DE 29]. In Count II of their Complaint, Plaintiffs Sybil and Marvin Dinter claim that Defendant Enterprise Leasing Company ("Enterprise") is vicariously liable for the negligent acts of Defendant Michael George Mykitka when he drove a vehicle owned by Enterprise and caused an accident resulting in injury to Plaintiff Sybil Dinter. The parties moved to stay this action as a result of the recent passage of the Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users, codified in 49 U.S.C. § 30106 (the "Graves Amendment"), which abolished vicarious liability for rental car companies. The Court stayed the case pending the Eleventh Circuit's ruling in *Garcia v. Vanguard Car Rental USA,* which addressed the constitutionality of the Graves Amendment. 2008 WL 3842963, *9 (11th Cir. 2008). On August 19, 2008, the Eleventh Circuit issued its order ruling that the Graves Amendment was constitutional. In their Response, Plaintiffs represent that appellants in *Garcia* intend to petition for rehearing *en banc*. Therefore, the court shall maintain the current

stay until resolution of the *Garcia* appellants' *en banc* petition. Accordingly, it is hereby

ORDERED that this matter shall remain STAYED pending resolution of the appellants' petition for rehearing in *Garcia*. Within five days of the ruling on the *en banc* petition, the parties shall notify the Court of the result thereof.

DONE and ORDERED in Miami, Florida this 29 day of August, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record